# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FITZPATRICK WILLIAMS

NO. 2025 KW 0721

**NOVEMBER 17, 2025**

---

In Re:    Fitzpatrick Williams, applying for supervisory writs, 21st Judicial District Court, Parish of St. Helena, No. 19375.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT NOT CONSIDERED.** An application for supervisory writs must be filed within thirty days of the notice of judgment.  In criminal cases, unless the judge orders the ruling to be reduced to writing, the return date shall not exceed thirty days from the date of the ruling at issue. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 & 4-3.  Here, the district court signed an Order summarily denying the application for postconviction relief on January 8, 2025.  The notice of intent, filed March 17, 2025, to seek review of the judgment on the application for postconviction relief, was untimely filed.  A district court has no authority to grant a delay for filing an application for supervisory writs once the thirty-day period from the ruling at issue has expired.  See **State v. Grayer**, 2022-0217 (La. App. 1st Cir. 6/24/22), 2022 WL 2287504 (unpublished).

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT